# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEPHANI S. BEURGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. 1:20-cv-421-TFM-MU |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

On June 24, 2021, the Magistrate Judge entered a report and recommendation which recommends Defendant Alabama Medicaid Agency's Motion to Dismiss (Doc. 13) be granted. *See* Doc. 19. Plaintiff timely filed objections. *See* Docs. 20. No response to objections was filed. As such, the recommendation is ripe for review.

Plaintiff's objections state that she dismisses only the local Medicaid Agency, Mobile, AL, but does not dismiss the "legal contacts for Medicaid in Montgomery, Alabama." *See* Doc. 20 at 1. However, her objections do not address the issues raised by the motion to dismiss or the report and recommendation.

Consequently, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 19) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that all claims asserted against the Alabama Medicaid Agency in Plaintiff's Amended Complaint are hereby **DISMISSED without**

**prejudice**.  Should Plaintiff be able to remedy the deficiencies noted by the Magistrate Judge in the Report and Recommendation, she may be able to amend her complaint to do so.

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 6th day of August, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE